D. GILL SPERLEIN, SBN 172887
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, CA 94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorneys for
Plaintiff Blacc Spot Media, Inc.

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **BLACC SPOT MEDIA, INC.** | Case № 3:16-cv-663 |
| **Plaintiff,** | **STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND DUE DATE FOR JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER** |
| v. | |
| **TELMATE, INC.** | |
| **Defendant.** | |

**WHEREAS**, the current initial Case Management Conference is scheduled for 10:00 a.m. on May 12, 2016 with the Joint Statement due on May 5, 2015;

**WHEREAS,** Plaintiff has served the Summons and Complaint on the Defendant;

-1-

**WHEREAS,** over the last month the Parties have engaged in settlement negations and have exchanged draft settlement agreements;

**WHEREAS,** it appears that only the scope of one remaining settlement term remains unresolved;

**WHEREAS,** the Parties are hopeful that the final term can be negotiated in short order; and

**WHEREAS,** Kevin F. Rooney of the Browne George Ross LLP has represented the Defendant in this matter, but has not yet filed an appearance,

**THEREFORE**, the parties do hereby **STIPULATE** as follows,

The Parties stipulate and request that the Court reschedule the Case Management Conference for a date at least thirty days from today with the Joint Case Management Conference Statement being due seven (7) days prior in order to allow the Parties to attempt to complete resolve this matter through settlement.

Respectfully Submitted,

Dated: May 5, 2016    by /s/ D. Gill Sperlein
_____
D. Gill Sperlein
The Law Office of D. Gill Sperlein
Attorneys for Plaintiff Blacc Rock Media, Inc.

-2-

Dated: May 5, 2016

/s/** Kevin F. Rooney
BY_____
KEVIN F. ROONEY
Browne George Ross LLP
attorneys for Telmate, Inc.

**pursuant to LR 5-1(i)(3), the electronic signatory has obtained concurrence in the filing of this document this signatory.

### [PROPOSED] ORDER

Having considered the stipulation of the Parties and finding good cause therefore, the Initial Case Management Conference is hereby rescheduled for June 30, 2016 at 10:00 a.m. in Courtroom B, 15th Floor. The Parties shall submit a joint Case Management Conference Statement no later than June 23, 2016. Upon executing any settlement agreement, the parties shall file a Notice of Settlement with the Court.

**IT IS SO ORDERED**.

Dated: May 5, 2016

_____
MARIA ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

-3-

STIPULATED REQUEST TO RESCHEDULE INITIAL CMC AND [PROPOSED] ORDER
CASE NO. 3:16-CV-663