D. GILL SPERLEIN, SBN 172887
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, CA 94114
Telephone: (415) 404-6615
Facsimile:  (415) 404-6616
gill@sperleinlaw.com

Attorneys for Plaintiff Blacc Spot Media, Inc.

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **BLACC SPOT MEDIA, INC.** | Case № 3:16-cv-663 |
| **Plaintiff,** | NOTICE OF SETTLEMENT; |
| v. | STIPULATION TO STAY PROCEEDINGS ONE MONTH |
| **TELMATE, INC.** | WHILE PARTIES IMPLEMENT THE SETTLEMENT TERMS; AND |
| **Defendant.** | [PROPOSED] ORDER |

**WHEREAS**, the Parties have entered a settlement agreement resolving the claims set forth in the Complaint;

**WHEREAS,** the Parties require a short period of time to implement the terms of the settlement agreement; and

**WHEREAS**, under the terms of the Settlement Agreement, Plaintiff shall file a voluntary dismissal once the Parties have implemented the terms of the Settlement Agreement;

**THEREFORE**, the parties do hereby **STIPULATE** as follows,

The Parties stipulate and request that the Court stay the proceedings for thirty (30) days while the Parties implement the conditions of the Settlement Agreement.

**SO STIPULATED**

Dated: 5/11/2016

/s/ D. Gill Sperlein

D. GILL SPERLEIN
Counsel for plaintiff, Blacc Spot Media, Inc.

Dated: 5/11/2016

** /s/ Kevin F. Rooney

KEVIN F. ROONEY
Browne George Ross LLP
attorneys for Telmate, Inc.

**pursuant to LR 5-1(i)(3), the electronic signatory has obtained concurrence in the filing of this document this signatory.

### [PROPOSED] ORDER

Having considered the stipulation of the Parties and finding good cause therefore, IT IS SO ORDERED.

Dated: May 11, 2016

MARIA ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

-2-